IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DEBRA VANDERWERF, Individually and as Next Friend for Riley and Tanner Vanderwerf, Minors | ) ) ) ) | |
| and | ) ) | |
| ESTATE OF WILLIAM K. VANDERWERF | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-CV-02271-KHV-JPO |
| v. | ) ) | |
| GLAXOSMITHKLINE, PLC | ) ) | |
| and | ) ) | |
| SMITHKLINE BEECHAM CORPORATION | ) ) | |
| and | ) ) | |
| ELI LILLY AND COMPANY | ) ) | |
| Defendants | ) ) | |

**ORDER**

Having considered the Voluntary Dismissal with Prejudice of Complaint Against GlaxoSmithKline, PLC, filed June 29, 2005 (Doc. #11), the Court hereby dismisses with prejudice the Complaint filed against GlaxoSmithKline, PLC in the Court of Common Pleas, Philadelphia County on February 18, 2005 and transferred and filed in this Court on June 28, 2005.

IT IS SO ORDERED

Date: July 7, 2005

s/ Kathryn H. Vratil
Honorable Kathryn H. Vratil
**United States District Judge**